NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-5034

### SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC.,

Plaintiffs-Appellees,

v.

### UNITED STATES,

Defendant-Appellant.

Appeal from the United States District Court of Federal Claims in case no. 06-CV-141, Senior Judge Loren A. Smith.

ON MOTION

O R D E R

The United States moves for a 30-day extension of time, until May 12, 2010, to file its brief. Shell Oil Company et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael W. Kirk, Esq.
Stephen C. Tosini, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 5 2010

JAN HORBALY
CLERK